UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA F. GIOIA,

                      Plaintiff,

      -against-

SOUTHEND PSYCHIATRY,

                      Defendant.
------------------------------------------------------------X
MARIA F. GIOIA,

                      Plaintiff,

      -against-

PATTERSON, BELKNAP, WEBB & TYLER,

                      Defendant.
------------------------------------------------------------X

For Online Publication Only

**ORDER**
23-CV-1419 (JMA) (SIL)

**ORDER**
23-CV-3353 (JMA) (SIL)

**JOAN M. AZRACK, United States District Judge:**

      Before the Court are the in forma pauperis ("IFP") applications filed by pro se Plaintiff Maria F. Gioia in the cases captioned above. (See ECF No. 2, "IFP Application".) For the following reasons, the IFP applications are denied without prejudice and with leave to renew upon completion of the AO 239 Long Form IFP application ("Long Form") attached to this Order in each case. Alternatively, Plaintiff may remit the $402.00 filing fee in each case.

      Plaintiff's responses in each application raise more questions than they answer. Plaintiff reports that she is not employed and has not received any income from any source in the past twelve months. (IFP Application at ¶¶ 2–3.) Plaintiff reports presently having $200.00 in cash or in a checking or savings account, and she wrote "0" in the space on each form that calls for a description of anything owned of value as well as any persons who are dependent on her for financial support. (Id. ¶¶ 5, 7.) In the space on the form that asks for a description of regular

monthly expenses, such as housing, transportation, and utilities, Plaintiff lists only rent in the present amount of $2,300.00/month and, on the application submitted in 23-CV-1419, she includes a "PenFed loan" in the total sum of $18,000 with monthly payments of $430.00 that are "currently deferred." (Id. ¶ 6.) On the application submitted in 23-CV-3353, Plaintiff did not include the PenFed loan but included a monthly payment to PSEG in the amount of $100.00. (Id.) Neither form includes any monthly expenses for items such as food, transportation, insurance, or telephone service. Finally, Plaintiff reports that she owes $15,000 for a car loan and credit cards and her monthly payments for these obligations is $1,130.00. (Id. ¶ 8.)

Given that the incomplete responses provided by Plaintiff raise more questions than they answer, the IFP applications are denied without prejudice and with leave to renew upon completion of the Long Form application in each case. **The Long Form application shall be completed and filed in each case within 21 days from the date of this Order. Alternatively, Plaintiff may remit the $402.00 filing fee in each case. Plaintiff is warned that failure to timely comply with this Order may lead to the dismissal of the Complaint without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).** Plaintiff is also cautioned that, once paid, there are no refunds of the filing fee. Accordingly, Plaintiff is advised to consider the substance of her claims and the jurisdiction of this Court.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore IFP status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

The Clerk of Court shall mail a copy of this Order to Plaintiff at her address of record.

**SO ORDERED**.
Dated: May 26, 2023
        Central Islip, New York

/s/ JMA
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE

3